HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YUREM VIRGINIA RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00029-KES |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| YUREM VIRGINIA RAMIREZ, | Hon. Kirk E. Sheriff |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Antonio Pataca, as well as United States Probation Officer Marissa Frazure, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Ms. Ramirez was sentenced in the instant case on November 21, 2022, to 28 months in custody, with a 3-year term of supervised release to follow. *See* Dkt. #3, p. 8. Ms. Ramirez term of supervised release began on June 28, 2024. ECF Dckt. # 2. As of the date of this filing, Ms. Ramirez has been on supervised release for a period of approximately 24 months, out of the initially imposed 36-month term. During that time, no petitions for violation of supervised release have been filed. She has maintained a stable residence and employment through her period of supervision. She is a grandmother and she has strong ties to her family. Ms. Ramirez is on low supervision and is living a positive, pro-social, and law-abiding life. Ms. Ramirez is seeking to apply for better employment opportunities; however, she has been informed by prospective employers that her federal supervision presents a barrier. Early termination would allow her to obtain better economic opportunities. In short, Ms. Ramirez has successfully reintegrated into the community; she has strong family ties and she is engaged in the job market.

On June 17, 2026, Ms. Ramirez's probation officer, Marissa Frazure, indicated that probation had "no objection" to early termination in Ms. Ramirez's case – so long as it was terminated after June 28, 2026. Similarly, on June 22, 2026, Assistant United States Attorney Antonio Pataca indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Mr. Pataca prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Ms. Ramirez and is in the interests of justice. *See* 18 U.S.C. § 3583(e)(1).

//

//

//

Ramirez – Unopposed Motion for
Early Termination of Supervised Release

2

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 23, 2026

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
YUREM VIRGINIA RAMIREZ

# **O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Yurem Virginia Ramirez's term of supervised release.

IT IS SO ORDERED.

Dated:   June 23, 2026

_____
UNITED STATES DISTRICT JUDGE

Ramirez – Unopposed Motion for
Early Termination of Supervised Release

3